ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 7 2017        CO

(v.25)

CLERK, U.S. DISTRICT COURT

By _____
         Deputy

GEORGETTA ANDERSON ET AL

     PLAINTIFF(S)

VS.

BLUE BELL CREAMERIES, L.P.    ET AL

     DEFENDANT(S)

CIVIL ACTION NUMBER_____

4-17 CV 683-A

COMPLAINT BASED UPON VIOLATIONS PERSONAL INJURY AND TORT LAWS

1.THIS IS A CIVIL ACTION SEEKING DAMAGES AGAINST THE DEFENDANT FOR ADVISING WAYS AND SCHEMES TO NOT TAKE CARE OF A PERSONAL INJURY INSURANCE POLICY

2. THE COURT HAS JURISDICTION UNDER SEVERE VIOLATIONS OF THE FEDERAL TORT, PERSONAL INJURY AND DISCRIMINATION LAWS

3. THE PLAINTIFF, GEORGETTA ANDERSON RESIDES AT:

 2049 HUNTER VALLEY CIRCLE #1022

 HASLET,TEXAS 76052

4. DEFENDANT BLUE BELL CREAMERIES IS AN ICE CREAM COMPANY CONGLOMERATE AND THEIR ADDRESS IS :

1101 SOUTH BLUE BELL ROAD

 P.O. BOX 1807

 BRENHAM, TEXAS 77834-1807

ALLEGATION NUMBER 1

5. THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONSPIRED TO DEFRAUD THE PLAINTIFF OUT OF HIS PERSONAL INSURANCE BENEFITS DUE TO PERSONAL INJURY. PLAINTIFFS ARE OF THE OPINION THAT THE DEFENDANTS ARE NOT WILLING TO PAY FOR THEIR INSURANCE CLAIMS

ALLEGATION NUMBER 2

6. THE DEFENDANTS ARE IN SERIOUS VIOLATIONS OF INSURANCE TORT LAWS FOR PERSONAL INJURY.

ALLEGATION NUMBER 3

7. THE DEFENDANTS HAVE VIOLATED FEDERAL LAW IN REFUSING TO PROPERLY TAKE CARE OF PLAINTIFFS CLAIMS.

ALLEGATION NUMBER 4

8. THE DEFENDANT HAS DELIBERATEDLY TAKEN ADVANTAGE OF THE PLAINTIFFS LACK OF KNOWLEDGE OF FEDERAL TORT AND PERSONAL INJURY LAWS.

ALLEGATION NUMBER 5

9. THE DEFENDANTS THROUGH THE USE OF AN ELABORATE INSURANCEW SCHEME HAVE REFUSED TO PAY THE PLAINTIFFS.

**TRIAL BY JURY:**

**JURY TRIAL REQUEST.**

**RELIEF REQUESTED: 2,000,000 FOR PAIN AND SUFFERING AND MENTAL ANGUISH**

**Respectfully submitted:**

**Georgetta Anderson, Pro Se**

G/ Anderson
2049 Hunter Valley Circle #1022
Haslet, Texas 76052
georgetta.anderson@my.tccd.edu

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Georgetta Anderson* (handwritten)

**DEFENDANTS**
*Blue Bell Creameries* (handwritten)

**(b)** County of Residence of First Listed Plaintiff *Tarrant* (handwritten)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *Washington* (handwritten)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | **PERSONAL INJURY** |  | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☒ 365 Personal Injury - Product Liability |  |  | ☐ 410 Antitrust |
| & Enforcement of Judgment | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Slander | Pharmaceutical | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 330 Federal Employers' | Personal Injury | ☐ 830 Patent | ☐ 460 Deportation |
| Student Loans | Liability | Product Liability | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal | New Drug Application | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | Injury Product | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| of Veteran's Benefits | Liability | Liability | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 370 Other Fraud | ☐ 862 Black Lung (923) | Exchange |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 371 Truth in Lending | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal | ☐ 380 Other Personal | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  | Injury | Property Damage | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
|  | ☐ 362 Personal Injury - | ☐ 385 Property Damage |  | ☐ 895 Freedom of Information |
|  | Medical Malpractice | Product Liability |  | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate |  | ☐ 871 IRS—Third Party |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence |  | 26 USC 7609 |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 896 Arbitration |
|  | Employment | **Other:** | ☐ 462 Naturalization Application | ☐ 899 Administrative Procedure |
|  | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | Act/Review or Appeal of |
|  | Other | ☐ 550 Civil Rights | Actions | Agency Decision |
|  | ☐ 448 Education | ☐ 555 Prison Condition |  | ☐ 950 Constitutionality of |
|  |  | ☐ 560 Civil Detainee - |  | State Statutes |
|  |  | Conditions of |  |  |
|  |  | Confinement |  |  |

Under LABOR column: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Management Relations; ☐ 740 Railway Labor Act; ☐ 751 Family and Medical Leave Act

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: *Personal Injury* (handwritten)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *2,000,000* (handwritten)

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD *K1* (handwritten)   *Pro Se* (handwritten)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____